```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


JOHN D. GARRISON,                )
                                 )
            Plaintiff,           )
                                 )
       vs.                       )     No. 4:02-CV-1773 (CEJ)
                                 )
DANIEL BULLOCK, et. al.,         )
                                 )
            Defendants.          )
```

### ORDER

**IT IS HEREBY ORDERED** that plaintiff's complaint is **dismissed with prejudice**. The parties shall bear their own costs and attorneys' fees.

The Court wishes to express its appreciation to plaintiff's counsel for accepting this appointed case.

                                        _____
                                        CAROL E. JACKSON
                                        UNITED STATES DISTRICT JUDGE


Dated this 31st day of August, 2006.